ACCEPTED
06-16-00009-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
9/9/2016 1:39:22 PM
DEBBIE AUTREY
CLERK

# NO. 06-16-00009-CV

**IN THE SIXTH COURT OF APPEALS**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/9/2016 1:39:22 PM
DEBBIE AUTREY
Clerk

**WILLIAM R. AND SUSAN M. KNODERER,**

*Appellants*

**V.**

**STATE FARM LLOYDS, PENNI PERKINS, AND TOM ROBERTS,**

*Appellees*

Appeal from Cause No. 74-037
354th District Court of Hunt County, Texas
Honorable Richard A. Beacom

## APPELLEE STATE FARM LLOYDS'
## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Levon G. Hovnatanian
State Bar No. 10059825
*hovnatanian@mdjwlaw.com*
MARTIN, DISIERE, JEFFERSON
&WISDOM, L.L.P.
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700 – Telephone
(713) 222-0101 – Facsimile

Melinda R. Burke
State Bar No. 03403030
*burke@mdjwlaw.com*
MARTIN, DISIERE, JEFFERSON
&WISDOM, L.L.P.
16000 N. Dallas Parkway, Suite 800
Dallas, Texas 75248
(214) 420-5500 – Telephone
(214) 420-5501 – Facsimile

Joe Weis
State Bar No. 21102600
*jweis@pgnwlaw.com*
ATTORNEY AT LAW
2507 Washington Street
P.O. Box 765
Greenville, Texas 75403-0765
(903) 455-1876 – Telephone
(903) 455-1710 – Facsimile

**TO THE HONORABLE COURT OF APPEALS:**

Comes now the appellee—State Farm Lloyds ("State Farm")—and respectfully moves for a thirty-one-day extension of time to file its brief. State Farm has requested and received one previous extension of time (of 30 days) to file its brief.

The current deadline for State Farm to file its brief is Friday, September 9, 2016. This motion is e-filed on Friday, September 9, 2016, and is therefore timely field. *See* TEX. R. APP. P. 38.6(d) ("A motion to extend the time to file a brief may be filed before or after the date the brief is due.").

The facts reasonably relied upon to explain the need for an extension of time are as follows. Levon G. Hovnatanian, State Farm's lead appellate counsel and the attorney who is responsible for preparing State Farm's brief, has been extremely busy with other pressing matters, including:

1.      Mr. Hovnatanian's 14-year-old daughter was injured in a soccer game last Sunday in Oklahoma when she was kicked hard in the back. Subsequently, she has experienced soreness and nausea and has required his care at home.

2.      Mr. Hovnatanian's 17-year-old son has been ill with flu-like symptoms the past week. During that time, he has required Mr. Hovnatanian's care at home.

1

**3.** Mr. Hovnatanian prepared, and, on August 30, 2016, filed The Parties' Rule 42.1(a)(2) Agreement And Motion To Dismiss Appeal, in Cause No. 07-15-00026-CV; *WC 1217-1221 Haven Lane, LP, Appellant v. Mid-Century Insurance Co., Appellee*; in the Seventh Court of Appeals.

**4**. Mr. Hovnatanian is preparing the reply brief of the appellant, due (after one extension) on September 30, 2016, in Cause No. 14-16-00115-CV; *AC Plastiques USA, LLC v. James Construction Group, LLC*; in the Fourteenth Court of Appeals.

**5.** Mr. Hovnatanian is preparing the brief of *amicus curiae* Property Casualty Insurers Association of America, to be submitted shortly in No. 16-0179; *Century Surety Company, Petitioner v. Jane Doe, Respondent*; in the Supreme Court of Texas.

**6**. Mr. Hovnatanian is preparing two very lengthy *Daubert* motions, due on September 23, 2016, on behalf of T. Gerald Treece, Individually and as Independent Executor of the Estate of John M. O'Quinn, in Cause No. 392,247,417; *In Re: John M. O'Quinn, Deceased; The John M. O'Quinn Foundation, Plaintiff v. T. Gerald Treece, Individually and as Independent Executor of the Estate of John M. O'Quinn, Deceased, Defendant*; in Probate Court No. Two, Harris County, Texas.

Considering the above, the appellee, State Farm Lloyds, respectfully requests a thirty-one-day extension of time to Monday, October 10, 2016, to file its brief.

Respectfully submitted,

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.

By: */s/Levon G. Hovnatanian*
    Levon G. Hovnatanian
    State Bar No. 10059825
    *hovnatanian@mdjwlaw.com*
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700 – Telephone
(713) 222-0101 – Facsimile

MARTIN, DISIERE, JEFFERSON &WISDOM, L.L.P.

By: */s/Melinda R. Burke*
    Melinda R. Burke
    State Bar No. 03403030
    *burke@mdjwlaw.com*
16000 N. Dallas Parkway, Suite 800
Dallas, Texas 75248
(214) 420-5500 – Telephone
(214) 420-5501 – Facsimile

By: */s/ Joe Weis*
    Joe Weis
    State Bar No. 21102600
    *jweis@pgnwlaw.com*
ATTORNEY AT LAW
2507 Washington Street
P.O. Box 765
Greenville, Texas 75403-0765
(903) 455-1876 – Telephone
(903) 455-1710 – Facsimile

3

*ATTORNEYS FOR*
*APPELLEE STATE FARM LLOYDS*

## <u>CERTIFICATE OF CONFERENCE</u>

This is to certify that I communicated with Mr. Russell J. Bowman, counsel for appellants William R. and Susan M. Knoderer, on September 8, 2016, inquiring whether he opposes this motion, and he advised that he does not oppose the motion.

*/s/Levon G. Hovnatanian*
Levon G. Hovnatanian
September 9, 2016

## <u>CERTIFICATE OF COMPLIANCE</u>

This is to certify that this computer-generated unopposed motion for extension of time to file brief of appellee State Farm Lloyds contains 425 words.

*/s/Levon G. Hovnatanian*
Levon G. Hovnatanian
September 9, 2016

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of this unopposed motion for extension of time to file brief of appellee State Farm Lloyds has been forwarded, by the methods indicated below, to the individual listed below on this 9th day of September, 2016.

Mr. Russell J. Bowman
*russelljbowman@sbcglobal.net*
800 West Airport Freeway, Suite 860
Irving, Texas 75062
*(via e-File and e-Mail)*
*(Attorney for Appellants William R. and Susan M. Knoderer)*

*/s/ Levon G. Hovnatanian*
Levon G. Hovnatanian